# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | Case: 1:21-MJ-00016 |
| | Assigned to: Judge G. Michael Harvey |
| v. | Assigned Date: 1/8/2021 |
| | Description: COMPLAINT W/ ARREST WARRANT |
| **DERRICK EVANS,** | **VIOLATIONS:** |
| Defendant. | 18 U.S.C. § 1752(a), |
| | (Restricted Building or Grounds) |
| | 40 U.S.C. § 5104(e)(2) |
| | (Violent Entry or Disorderly Conduct) |

## ORDER

This matter having come before the Court pursuant to the application of the United States to seal criminal complaint, the Court finds that, because of such reasonable grounds to believe the disclosure will result in flight from prosecution, destruction of or tampering with evidence, intimidation of potential witnesses, and serious jeopardy to the investigation, the United States has established that a compelling governmental interest exists to justify the requested sealing.

1. IT IS THEREFORE ORDERED that the application is hereby GRANTED, and that the affidavit in support of criminal complaint and other related materials, the instant application to seal, and this Order are sealed until otherwise ordered by the Court.

2. IT IS FURTHER ORDERED that the Clerk's office shall not make any entry on the public docket of the arrest warrant until further order of the Court.

Date:  1/8/2021

_____
G. Michael Harvey
UNITED STATES MAGISTRATE JUDGE

1

cc: Molly Gaston
Assistant United States Attorney
United States Attorney's Office
555 Fourth Street, N.W.
Washington, D.C. 20530