UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Criminal No. 21-cr-337 |
| | : | |
| **DERRICK EVANS,** | : | |
| | : | |
| **Defendant.** | : | |

**CONSENT MOTION TO VACATE, CONTINUE, AND
TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT**

The United States of America hereby moves this Court vacate the August 10, 2021 status hearing scheduled in the above-captioned matter, for a 30-day continuance of the above-captioned matter, and further to exclude the time within which the trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*, on the basis that the ends of justice served by taking such actions outweigh the best interest of the public and the defendant in a speedy trial pursuant to the factors described in 18 U.S.C. § 3161(h)(7)(A), (B)(i), (ii), and (iv).   In support of its motion, the government states as follows:

The parties remain engaged in discussions regarding possible resolutions of this case. These discussions have been productive but are evolving and ongoing.   Further, counsel for the defendant is making diligent efforts to become admitted to the bar of this Court for the purpose of appearing in this matter.   Defense counsel has represented to the undersigned that, within the last 30 days, he has secured a sponsor for his admission and anticipates that his admission to the bar of this Court is shortly forthcoming.   As of the date of this filing defense counsel is not admitted to the bar of this Court and does not anticipate that he will be admitted on August 10, 2021.

Counsel for the defendant consents to this motion.

WHEREFORE, the government respectfully requests that this Court grant the motion to

vacate the scheduled status hearing, grant a 30-day continuance of the above-captioned proceeding, and that the Court exclude the time within which the trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*, on the basis that the ends of justice served by taking such actions outweigh the best interest of the public and the defendant in a speedy trial pursuant to the factors described in 18 U.S.C. § 3161(h)(7)(A), (B)(i), (ii), and (iv).

    Respectfully submitted,

    CHANNING D. PHILLIPS
    Acting United States Attorney
    DC Bar No. 415793

By:    /s/ Kathryn E. Fifield
    Kathryn E. Fifield
    Trial Attorney, Detailee
    555 Fourth Street, N.W.
    Washington, DC 20530
    Kathryn.fifield@usdoj.gov
    (202) 320-0048