UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Criminal No. 21-cr-337 (RCL) |
| | : | |
| **DERRICK EVANS,** | : | |
| | : | |
| **Defendant.** | : | |

**CONSENT MOTION TO CONTINUE AND EXCLUDE TIME
UNDER THE SPEEDY TRIAL ACT**

The United States of America hereby moves this Court for a two-week continuance of the February 4, 2022, status hearing scheduled in the above-captioned matter, and further to exclude the time within which the trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq*., on the basis that the ends of justice served by taking such actions outweigh the best interest of the public and the defendant in a speedy trial pursuant to the factors described in 18 U.S.C. § 3161(h)(7)(A), (B)(i), (ii), and (iv).   In support of its motion, the government states as follows:

The parties have reached an agreement regarding pre-trial resolution of this case and need additional time to complete and submit the necessary paperwork.   Counsel for the defendant respectfully requests a date on the Court's calendar for a change-of-plea hearing within the month of February as counsel for the defendant is in the process of retiring, but would like to handle any change-of-plea hearing.

The undersigned has conferred with counsel for the defendant regarding this motion and counsel has indicated that he consents to this motion.

WHEREFORE, the government respectfully requests that this Court grant a two-week continuance of the February 4, 2022, status hearing scheduled in the above-captioned matter, and that the Court exclude the time within which the trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*, on the basis that the ends of justice served by taking such actions outweigh the best interest of the public and the defendant in a speedy trial pursuant to the factors described in 18 U.S.C. § 3161(h)(7)(A), (B)(i), (ii), and (iv).

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
DC Bar No. 481052

By: _____/s/_____
Kathryn E. Fifield
Trial Attorney
U.S. Department of Justice, Crim. Division
Detailed to the D.C. U.S. Attorney's Office
555 Fourth Street, N.W.
Washington, DC 20530
Kathryn.fifield@usdoj.gov
(202) 320-0048