# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Case No.: 21-CR-337 (RCL) |
| v. | : | VIOLATION: |
| | : | 18 U.S.C. § 231(a)(3) |
| **DERRICK EVANS,** | : | |
| Defendant. | : | |

## I N F O R M A T I O N

The United States Attorney charges that:

### COUNT ONE

On or about January 6, 2021, within the District of Columbia, **DERRICK EVANS**, committed and attempted to commit an act to obstruct, impede, or interfere with a law enforcement officer from the United States Capitol Police, lawfully engaged in the lawful performance of his/her official duties incident to and during a civil disorder which in any way obstructed, delayed, and adversely affected commerce and the movement of any article and commodity in commerce and the performance of a federally protected function.

(**Civil Disorder**, in violation of Title 18, United States Code, Section 231(a)(3))

        Respectfully submitted,

        MATTHEW M. GRAVES
        United States Attorney


By:      /s/
        KATHRYN E. FIFIELD
        Trial Attorney
        U.S. Department of Justice, Crim. Div.
        Detailed to the D.C. U.S. Attorney's Office
        555 4th Street, N.W.
        Washington, D.C. 20530
        (202) 320-0048
        kathryn.fifield@usdoj.gov