AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| *Plaintiff* | ) |
| v. | ) Case No. 21-CR-337 (RCL) |
| DERRICK EVANS | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

DERRICK EVANS, DEFENDANT

Date:   02/11/2022

*Attorney's signature*

PAUL G. TAYLOR, WV0005
*Printed name and bar number*
134 W. BURKE STREET
MARTINSBURG, WV 25401

*Address*

taylorpaulg@aol.com
*E-mail address*

(304) 263-7900
*Telephone number*

(304) 263-5545
*FAX number*