CO 526 Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA     )

            vs.                )       Criminal Case No.: 21-CR-337 (RCL)

DERRICK EVANS            )

## WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

X Derrick Evans
_____
Defendant

_____
Counsel for Defendant

I consent:

_____
Assistant United States attorney

Approved:

_____
United States District Judge       Date: 3/18/22