Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs.   ) | Criminal Case No.: 21-CR-337 (RCL) |
| ) | |
| DERRICK EVANS ) | |

## WAIVER OF INDICTMENT

I, _____DERRICK EVANS_____, the above-named defendant, who is accused of

Civil Disorder, in violation of 18 U.S.C. § 231(a)(3)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __February 14, 2022__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_Derrick Evans_
Defendant

_[signature]_
Counsel for Defendant

Before: _Royce C. Lamberth_      Date: _3/18/22_
Judge Royce C. Lamberth
United States District Judge