IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,
      Plaintiff

v.               CASE NO.: 21-CR-337 (RCL)

DERRICK EVANS,
      Defendant

## MOTION TO PERMIT REMOTE APPEARANCE OF DEFENDANT AND COUNSEL FOR DEFENDANT

COMES NOW the Defendant, Derrick Evans, by counsel, Paul G. Taylor, Esq., to move this Honorable Court to permit Defendant, Derrick Evans and counsel, Paul G. Taylor, to appear remotely for the sentencing hearing scheduled for June 22, 2022 at 2:30 p.m. before the Honorable Judge Royce C. Lamberth in this matter. In support of said Motion, the Defendant states as follows:

1. The Court has set this matter for in-person sentencing hearing on June 22, 2022.

2. By consent of the Court and the parties, and upon information and belief, Defendant Derrick Evans has appeared remotely for prior proceedings in this matter.

3. It appears such remote appearances have been convenient to the Court, Defendant and Counsel.

4. Defendant prays the Court permit him to appear remotely for his sentencing hearing before the court.

5. No prejudice will result from permitting Defendant and Counsel to participate remotely at the sentencing hearing.

WHEREFORE, based upon the foregoing, the Defendant respectfully moves the Court to grant the instant Motion and enter an order permitting the remote appearance of Defendant and Counsel for Defendant.

Derrick Evans<br>By counsel

*Paul G. Taylor*

Paul G. Taylor, Esq.
U.S. District Court for the District of Columbia Bar No. WV0005
134 West Burke Street
Martinsburg, WV 25401
(304) 263-7900
(304) 263-5545 (fax)
taylorpaulg@aol.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,
              **Plaintiff**

v.                                            CASE NO.: 21-CR-337 (RCL)

**DERRICK EVANS,**
              **Defendant**

## CERTIFICATE OF SERVICE

I, Paul G. Taylor, counsel for Defendant, do hereby certify that a true copy of the foregoing MOTION TO PERMIT REMOTE APPEARANCE has been served upon the following named counsel of record, by e-file, this 6th day of May, 2022.

Kathryn E. Fifield, Esq.
U.S. Attorney
555 Fourth Street, NW
Washington, DC 20530

*/s/ Paul G. Taylor*
Paul G. Taylor

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA,**
          **Plaintiff**

v.                                    CASE NO.: 21-CR-337 (RCL)

**DERRICK EVANS,**
          **Defendant**

## ORDER

This matter came before the Court on this ___ day of May, 2022; upon the papers, pleadings and Orders formerly had and read herein; and upon the Defendant having moved the Court for the entry of an Order permitting Defendant and Counsel for Defendant to appear remotely for Defendant's sentencing hearing.

It appears to the Court that the Defendant has presented good cause. It further appears to this Court that neither party shall be prejudiced by the Defendant and Counsel for Defendant appearing remotely; it is hereby ORDERED that the Defendant's Motion shall be GRANTED.

The Clerk shall enter the foregoing as of and for the day and date written above and shall forward attested copies of this order to Paul G. Taylor, 134 West Burke Street, Martinsburg, WV 25401 and Kathryn E. Fifield, Esq., U.S. Attorney, 555 Fourth Street, NW, Washington, DC 20530.

ENTERED: _____

                                                **HONORABLE ROYCE C. LAMBERTH**
                                                **U.S. DISTRICT COURT**
                                                **DISTRICT OF COLUMBIA**