To whom it may concern,

I am writing this letter on behalf of Derrick Evens. I have known him since he was a child, I watch him grow up in church that I attended. He was always a respectful young man and a gentleman. After he grew up into a young man, he donated his time in helping with the youth in our area. He has always been there to help in any way he could in our community. He was always donating his time to help others. I really admired him when he stood for his faith in God and the way he stood for what he thought was right for our country. He is a very good man and I know him well enough to know he didn't go into the capitol with intent on harming anyone or anything there.

Thank you
Gil Benny Dillon

Honorable Judge Royce Lamberth,

I am writing this letter on behalf of Derrick Evans. I have known Derrick for over a decade. In that time, I have come to know him as a caring person with a strong love for his family and his community. I have seen him raise 4 wonderful children as a very active parent and loving husband. I have also seen him pour his heart into helping his community. This can be seen clearly in his history as a volunteer coach for the youth in his area. He is also always one of the first to help out others whenever he can. I always look forward to spending time with Derrick and seeing how he interacts with his family and loved ones. He truly has a generous soul.

Sincerely,

Matthew Pierzchala

To Judge Royce Lamberth,

I have known Derrick Evans and his family since I was a child. I went to school with him and his siblings. I cheered with his sisters. His mother was my teacher and my coach. I also worked with Derrick at Fort Gay Pre-K 8 where he was respected as an educator and individual.

His family is very loved and respected in our community. They are some of the best people you will ever find. I think this speaks volumes for the person that Derrick Evans is as well. He is respectful, kind, intelligent, passionate, understanding, fair etc. He never hesitates to help someone in need, be it in the community or to a struggling individual. He is a doting husband, a good friend, an excellent father, and faithful servant to God. You won't find a better person, friend, brother, husband or father than Derrick Evans.

Respectfully,

Amanda Doss

**Bobby J. Williamson, MBA**
7824 Shadwell Drive
Roanoke, VA 24019

May 10, 2022

**The Honorable Royce Lamberth**          United States District Court
District of Columbia

Dear Judge Lamberth,

I am writing to express my support for Derrick Evans.

I have known Mr. Evans for seven years.  During this time, I have both observed and been directly involved with his efforts to make his community a better place to live, work, play, and raise a family.

Mr. Evans has organized Community Clean Up days, where he and volunteers pick up litter and dispose of it properly.  Mr. Evans has assisted with Operation Christmas Child for Wayne County's less fortunate families.  Mr. Evans has employed local construction companies, which contributes to the community's economy.  Mr. Evans has been both a public school teacher and football coach to countless kids in his community.

Mr. Evans and his wife Melissa actively involve their four children in community programs, which includes seasonal festivities and youth athletic programs.

Every community across West Virginia needs men like Derrick Evans.  It is without hesitation that I support Mr. Evans as an honorable community leader. I trust Mr. Evans with mine and my family's lives.

Sincerely,


Bobby J. Williamson. MBA          Roanoke, VA

To Whom it may concern,

I am writing this letter regarding the character of Derrick Evans. I had the pleasure of teaching along Mr. Evans several years ago. I can speak from personal knowledge that Mr. Evans was a wonderful mentor to the students he worked with. He went beyond the call of teaching duty on many occasions. He cared for the students inside and outside of the classroom by attending and helping with school dances and attending some of the students' sporting events. He always showed patience and understanding with each child.  Derrick also got along very well with our coworkers, and it was my pleasure to work alongside him, and remain his friend many years later.

Thank you,
Mrs. Amanda Fluty

To the Honorable Royce Lamberth,

We are the aunt and uncle of Derrick Evans wife, Melissa. We have known Derrick for at least 10 years and we have had the pleasure of being around Derrick at family get togethers and holidays over the years.

Our nephew in-law Derrick Evans is a loving husband and father of 4 wonderful children. A dedicated compassionate family member who is always available to help anyone who's in need . He's a very knowledgeable and out-going young man. All of these qualities are not only seen within him but also within his family and work ethics.

Bradley and Sandy Pierzchala

To Honorable Judge Royce Lamberth,


When nobody else stepped up to the plate for me, Derrick Evans did. I had nobody do a thing to help get me into college, except for Mr. Evans. He made sure I had a chance to pursue my dreams, at the college of my choice. He's always been that kind of man. He shows up for people no matter what. He's a pillar to our small community and has always done his absolute best for the betterment of all those around him. It's a pleasure to know him, and a privilege to call him a friend.

Charles Crabtree

To whom it may concern,

My name is Carrie Maynard, and I am eager and proud to offer a character reference for Derrick Evans. I do this with full understanding of the charges he is facing.

I have personally known Derrick for over 30 years and have been proud to call him a friend. I have grown up with Derrick. We attended school and church together as well as numerous sporting and community events. During my relationship with Derrick, I have always seen him give his whole heart.

Derrick is a great father. He is not only a great role model and support for his kids but also his for his nieces, nephews, and kids in the community. He is kind, he is patient and always shows understanding.

He deeply cares and invests in everything he does. He will show up earlier than asked, stays later than required, works hard and is a true leader. Derrick always carries himself in a polite and respectful manner. I say this with total confidence that few men have contributed to our community the way Derrick has.

It is my sincere hope that the court will take this letter into consideration. Derrick's presence in our community is important and needed. He is a good and kind human. Please do not hesitate to reach out if anything further is needed.

Carrie

Phone: 304-962-2452

Email: carrienicole85@gmail.com

To whom it my concern:

I write this letter for an old friend. I've known Derrick since both of us were little. At one time we played on the same basketball team for all-stars as the two of us grew up. We even had a few classes together in high school. Not only did we play sports and attend school together but the both of us went to Silver Creek United Baptist Church. We were part of the church's youth group, the largest youth group in the area at the time. A lot of good memories were made.

I realize Derrick was caught in the heat of the moment. Rushing into the capitol with many others as a form of peaceful protest. Without a doubt, it wasn't his shining moment in life. I can say with no doubt he was there with the greatest of intentions.

Derrick grew up in the same area as me. We both know the hardships our area has, and there are only a small number of people who desire to make an impact on the area. Derrick is one of those fine people. While he might be loud, he never shy's away from doing the right thing. His heart is big and his desire to help the people in Wayne County is like none-other.

He has lived the struggles of our people, and his passion to make a better life for us got the better of him in that moment. Granted he done zero harm to anyone, and he never would. Derrick has strong beliefs that many people keep hidden away. I never doubted him when he wanted the best for the people of our area. To this day, he still does.

Sincerely.
Curtis Copley

To The Honorable Judge,

I've known Derrick for about 13 years. When I first met Derrick I was in High School and he was a student athlete at West Liberty University. Something that has always stuck out to me, is the first day I met him, my now wife and I went to one of his football games. When we met him after the game, he was so welcoming. He acted like we knew each other for years. I remember this moment because this was my first time in West Virginia and I didn't know what to expect. That day he made me feel like I belonged. He invited my wife and I to dinner and even introduced me to his extended family. Overall, the experience stuck with me because in the midst of him being with his teammates, family and friends he made it a point to go out his way and make me feel welcomed.

Lastly, over the past 13 years, Derrick has served as a mentor to me. I've called and texted him numerous times and he responds to me virtually right away. When he responds, he gives me his full attention and gives the best advice he can. He has led me through life decisions and instilled confidence in myself. Derrick is someone I view as a success story. Seeing him persevere and sacrifice things for himself and his family has inspired me to be a better man, husband, and father. I know whenever I need him, he is a call away and he will do all he can to help me.

Sincerely,

John Joseph III

---

To The Honorable Judge,

I've known Derrick for 14 years or so. I can't say enough how much Derrick has affected my life in a positive way. Being the youngest of four, I've always felt protected by my siblings. But from the moment I met Derrick, he has treated me like a younger sister and I feel even more protected. Derrick is selfless and will got out his way for people for no reason, other than to bring a smile on someone's face. Even though we're not blood related, I view him as my older brother. He is one of the most reliable people I know. I truly cherish our relationship and know he will look out for me, no matter the cost.

Overall, throughout my years knowing him, he has been there for not just me, but my family as well. I've seen him drive hours and even across the country to make sure his family and friends are okay. There are a lot of people who say they'll do things, but Derrick is someone who's actions back up what he says. The number of times I've seen him put his own agenda on the back burner for my family is countless. He is truly one of a kind.

Sincerely,

Danielle Joseph

To Whom It May Concern,

I have had the pleasure and honor of getting to know Derrick for around 4 years now. I can truly say Derrick is of the highest caliber. He is a true asset to the community. His passion for issues affecting the community is unwavering. He is a kind, caring family man whose only intentions are to provide a better life for his children. America would be a much better place to live if there were more people as passionate and caring as Derrick Evans.

Sincerely,
Derrick Moore

February 5, 2022

Judge Royce Lamberth

The U.S. District Court for the District of Columbia
333 Constitution Avenue N.W.
Washington D.C. 20001

Dear Judge Lamberth,

I am writing on behalf of Derrick Evans and hope to show you more of the type of man he is. I have known Derrick is entire life as his Aunt and can say his family is the center and most important thing to him. He also has had a positive impact for many throughout his community.

First, let me speak to the type of father he is. He is a very hands on dad who does everything from potty training his kids to being their biggest fan at their games. When his kids mentioned they wanted chickens he went out and got them chickens and began to teach them how to care for them. He teaches them how food doesn't just magically appear at stores. He has raised gardens so that they along with the other kids in the family can see firsthand how much work and care goes into the food they eat each day. He lead the efforts in planting a family garden at his grandparents house at the beginning of the pandemic. During planting the seeds in the garden  it brought together 4 generations all working together, which was a memory that the entire family not just his children will never forget.

There are many examples of Derrick's role in the bigger family. Derrick routinely helps his grandpa by taking him to doctor appointments or takes him to the hospital when his s grandpa needs to go. He also helps his grandparents by doing things such as helping build a ramp for their porch, changing light fixtures, and always help with anything else they may need. While we were on vacation together last summer with Derrick as well as other family members Derrick realized that the reason my 12 year old son with Crohn's hadn't came to the beach with us was because the sand was so hot and he was worried he would get a bad sunburn due to the medication he was on Derrick quickly worked to find a solution. Derrick took my son to the side to let him know that if he wanted to go to the beach he would get a chair setup for him, carry him across the sand, and put an umbrella up to shade him. My son took him up on his offer and this simple act of kindness meant so much to my son. Derrick also came to our house a replaced the subfloor in my utility room when I realized a large area had began to rot. He did this at no cost and simply stated he was happy to help. Derrick came straight over when I called and said my daughter was having an allergic reaction and need me to come to her college and drive her home. He drove me to the school so I could drive her car back rather than leaving it on campus. These are just a few examples of ways Derrick helps his larger family.

In the community Derrick has stepped up to take a coaching position numerous times as well as lend a helping hand to those who need it. There has been many nights he sat and waited with players for their parents to come get them or drive them home himself. He taught his players lessons on things other than just football like be willing to work hard for the things you want in life. He also helped organize baby showers and connect mothers with resources they could use to lighten the load of having a baby or if they wanted to choose adoption put them in contact with people who could help with that. Derrick is the type of guy who will step up to  help his friends and neighbors with whatever they need as best as he can.

I could go on and on about all the ways Derrick helps the people around him. He is a very  hands on dad whose greatest joy is seeing the smiles on his kids faces. He's always there to tuck them in at night and greet them each morning. I hope this letter helps to show the true character of Derrick as a man.  Thank you for your time and allowing me to show the Derrick Evans that  I know.

Sincerely,

Frankie Ramey

To Judge Royce Lamberth:

I have known Derrick for several years, mainly as we both ran for office, and I have grown to admire Derrick's character, zeal and compassion to help others.  His whole goal exemplified selflessness, with his time and to encourage and assist anyone with any need.  I have never had the honor to meet his family, but I would imagine that they are like he is.  I have always tried to be a good judge of character and Derrick exemplifies that.  I also do not throw my words around lightly but try and present my observations as honestly as I can.  Derrick would get an A+ in my book for one who helps others and desires to make the community a better place for all.

My wife and I recently moved from WV to Missouri to assist my daughter with her nine children.  My wife was a teacher in a Christian School and the principal for the elementary school.  I am a retired WV State Trooper, ordained minister and founder of Drug Prevention Ministries Inc. Derrick is a good man, and I ask that you allow him to remain with his family as he serves his punishment.


Charles R.  "Chad" Shaffer
310 Rustic Ridge
Carl Junction, MO  64834

Cell:  304-617-4436
email:  crshaffer8@gmail.com

To Whom It May Concern,

Derrick Evans is a crucial part of our little community. He is very helpful to the public and goes out of his way when asked and volunteering to make our community a better place. He takes his free time to give back to our community from cleaning up the pollution to being a positive role model for all of the kids to look up to. He's an honest man working for an honest living, and we as members of the community benefit from learning from him. To say the least, we thank Mr. Evans for all he does, and he is greatly appreciated.

Sincerely,

Gabe Kelly

To Whom It May Concern,

In my years of acquaintance with Mr. Derrick Evans I have known him to be a man of integrity and strong moral fiber. I know that he is a man who loves and works hard for his family and his community, and he has endeavored to make the most positive impact possible on both.

In May and November of 2020, I had the opportunity and the honor of supporting Mr. Evans in his campaign for House of Delegates in Wayne Co. WV and I was proud to vote for him on both occasions. If given the same opportunity in the future, I will gladly do it again!

I am happy to be contacted for any additional comment. Contact info below.

With Regards,
Homer L. Chapman, III
34 Twin View Lane
Huntington WV
304-417-3879
hlchapman@yahoo.com

To whom it may concern,

I have personally grown up with Derrick Evans, my entire life, from little league football, to school, to trying to save lives at the abortion clinic, I have stood beside this man. He has always been passionate about whatever he was doing in life. He's always had a heart of gold and done anything he could to help anyone. Derrick grew up from a young boy to a man, who tried to make a difference in lives, such as charities for kids for Christmas, trying to get people to save lives at the abortion clinic and most recently showing up to show support at the US capitol. I know Derrick did not go there with intent to harm anyone or any property. He went there to stand for our rights, as he has done at many places. The whole situation got out of hand. He wore a helmet for his protection, as he knew with any protest, things can happen beyond our control, he has a lovely wife and children to come home to and wanted to make sure he came home safely. I would be more than willing to answer any questions you may have about his character and am available by phone 304-617-2697.

Regards
Jaclyn Damron Sparks
5-09-2022

5/17/22, 11:20 AM                                              Derrick letter.jpg

# Sylvania · Chiropractic
## and wellness center

From: Georgina Pierzchala, DC

5725 Fox Hollow Ct,

Sylvania, OH 43560

419-708-0738

Date: 5/16/22

To: The Honorable Judge Royce Lamberth

Subject: Derrick Evans

Dear Judge Roy Lamberth,

I am writing this letter on behalf of Derrick Evans. Derrick is our son-in-law, and we have had a relationship with him for more than 10 years. We have known him as a student/athlete at West Liberty University and as a husband to our daughter and a father of our grandchildren.

He has an incredible love for his community and has worked diligently to improve/provide support for those needing assistance in his community of Prichard, WV. He is passionate about his love for his state of West Virginia, and was thus prompted to seek a position in local government. He has never been in trouble with the law; is as honest as the day is long, and will give the shirt off his back to ANYONE in need!

Derrick is a loving husband, and father to 4 young children. He is an involved father; he and our daughter are hands-on parents who strive to care for their children without any day care or childcare assistance. Their family will suffer terribly without his daily presence in their lives; and I'm not even sure how they will be able to make it without him.

I hope that you will take this into consideration during the court's decision about his case.

Sincerely,

Georgina Pierzchala, DC

**7135 W. Sylvania Avenue Building 1-B Sylvania, OH 43560**
Phone: (419) 841-3273   Fax: (419) 841-0274   sylvania.chiropratic@gmail.com   www.sylvaniachiropractic.com

To Judge Royce Lamberth,

I wanted to write a few things about a man I've come to know, Derrick Evans. He has been an asset the community.   Not only has he helped his community but the communities that surround us.  Derrick has always been quick to lend a hand in any way that is needed.

Derrick is a great father, great husband and God fearing man.   I'm proud to know him and call him a friend.

Jan Hite King

To Judge Royce C Lamberth:

I have known Derrick Evans for over 20 years since he was around 16 years old. I have watched him grow up into an upstanding, truthful and all around good young man. He is always ready to lend a hand in any way to help our community and is an outstanding community member.

Sincerely,

Janet Wellman

To Whom it may concern,

As the chairman of the Wayne County Republican Committee I can attest to the character of Derrick Evans in a single word. EXEMPLARY! He has been the epitome of what every American hopes that all American boys, teens and young men should be. Coming into this world against the odds he overcame and became the utmost of quality individuals as a child.

As a teen he was a leader and excelled in all his endeavors whether it was school academics, sports, or social interaction as well as being deeply devoted to his spiritual belief and the golden rule. Due unto as you would have done unto you. He was never a problem causing person, but a problem-solving individual that was dependable and could be counted on to help anyone in need no matter the need.

I hope and pray you will see that Derrick Evans is not the typical person you see in your courtroom. He is a loving husband, father, and valuable member of our community. I pray you will show mercy and consider an option that allows him to remain home with his wife and four children.

Jeff Maynard WCREC chair
 525 Burlington Rd
Huntington, WV  25704

304-429-2265 / 304-360-0470

To Whom it May Concern:

Derrick Evans and I have lived in the same small community around Prichard, West Virginia for many years. Derrick is, and always has been, a kind man with excellent character. He loves God, his family, and his community. He helps those in need, and he has a servant's heart.

Our community is very small and rural. We depend on each other for support and love through good times and hard times. Our community is family, and Derrick is a valued, trusted member of this family.

Sincerely,
Kelli J. Webb
(681)203-6145
503 Hensley Branch Road
Prichard, West Virginia
kllweb@aol.com

Judge Royce Lamberth,

My name is Justin Thompson and I have known Mr. Evans for almost 25 years. We played sports together and became friends along the way. First and foremost, he has always been such a genuine person. He's the first one there to support the people of this area and the last one to ever give up on this area. He has been this way since we were teenagers. If there was ever a role model for our area it would be him, a good kid turned into an amazing citizen and most importantly matured into a great MAN.

Thank you,

Justin Thompson

To whom it may concern

I have witnessed Derrick Evans be a great citizen of Wayne County. He has been a coach and role model for children, a kind neighbor, and has supported his local farmers and Co op any way he could.  He has tried to change his area in the best possible way possible. He has a kind heart and compassionate soul, and he wants to make the world a better place for our children.  This intelligent young father is an asset to our community.

Sincerely,
Kristy Dearnell
(304)785-0496
misskristyd@yahoo.com

Kimberly D. Maynard

6016 Miller Road

Huntington, West Virginia 25702

(304) 208-7773


May 9, 2022


To Whom it May Concern:

I have never personally met Derrick, but I started following him on Facebook and other forms of media during his campaign for House of Delegates in 2019. I still follow him today.

You can tell a lot about a person through their words, actions, principals and beliefs. Derrick has stayed consistent when voicing his views, whether it is political or personal. He is not shy to call out those in our Capitol – Charleston, West Virginia, who want to use their powers to remove our rights, even though he knows the backlash is coming. Derrick shows nothing but true concern for his fellow West Virginians. An old saying comes to mind when I think of Derrick – A man is only as good as his word – and he stands strong on his word.

If you look at Derrick's Facebook page, you will see a man that loves his family, God, state, and country. He has taken responsibility for the mistake he made on J6, and has apologized for his actions. It takes courage, integrity and shows one's true character to admit his actions caused pain for his family, friends, and fellow West Virginians. It would have been so easy for Derrick to point the finger and play the blame game, though he chose not to do so. That speaks volumes to me.

When you stand strong in your beliefs, and not a "yes man" you find out who your loyal friends are. Those you thought you could count on, turn their backs, and walk away when the heat gets too hot to handle. I have not seen Derrick back down from his beliefs. He stands firm and moves on, even when the fire is blistering his feet.

In a world that is not held accountable for their actions, it shows true character to stand up, apologize for one's mistake, and take full responsibility. That is Derrick Evans.


Sincerely,


Kimberly D. Maynard

To Whom it may concern

Hello my name is Ken Akers. I am writing this letter in support of Mr. Derrick Evans. I have known this fine man since he was in High School at Tolsia in Wayne Co. He has and still remains a fine man that is a son, husband, father and a friend. He has always helped his community, the families of Wayne Co, and lead by example for the youth of the area. I have witnessed him take money from his pocket to help kids in need. If Mr. Evans is not a free man, it will be a dark day in Wayne Co and the surrounding area.

Thank you for your time

KEN AKERS
606 232 9665

To whom it may concern:

I am the WV Coordinator for Life Chain; a National prolife organization which holds a rally once a year the first Sunday in October to bring awareness to the plight of the unborn.
Here in Wayne county a few years ago, we were trying to build a Tri-State Life Chain linking Ohio, WV and KY: statement being " we are United for life across state lines." Derrick was one of my Life Chain coordinators.  I have known him for several years and we hold many if not all the same values. He also became a member of Wayne County Right To Life which I also belonged to.


I know Derrick to be a loving father/ husband and dedicated Christian man, and a passionate prolife advocate. In my opinion, we need more "Derrick Evans" !

Sincerely
Linda Carver
WV State Life Chain Coordinator

To Judge Royce Lamberth,

I've known Derrick Evans for over 20 years. He helped coach my son in high
school football around 2015. He is a positive person for many in sports
and everyday life. Derrick is an outgoing person and would help any he
could. He is a Godly person with love for his family, friends, and the
USA. He is a very well-liked person and has strong beliefs for what's right.

5/9/2022
Larry Britt
Municipal Judge
Fort Gay, WV
304-360-7856

To Judge Royce Lamberth,

Derrick Evans has always been a welcoming and friendly familiar face. He came from a family who treats everyone like family. I've never met a family so loving and kind. In our little town of Fort Gay, just about everyone knows Derrick and will tell you the same thing about him and his family.

Derrick is a lot of things, but the most important is that he is hardworking, honest, and a good Christian. He stands up for what he believes is right and is a man to look up to. In this community, that is important. In this world, that is important, and more people need to see that.

Maggie Kelly

May 15, 2022

Honorable Judge Royce Lamberth,

My name is Melissa Evans and I am the wife of Derrick Evans. I have had the pleasure of watching Derrick grow and mature over the last 13 years of our lives together. During that time I have seen him develop from the carefree college student, to the loving, supportive husband and father that he is today. There is no one who knows this man better than I do, and I hope through the course of this letter I can help you understand the type of man that my husband is.

From the moment I met Derrick, he told me his main goal in life was to be a good father. He grew with a single mother and never had a consistent relationship with his father until his adult life. Because of this, he swore to himself that no matter what, his children would be the most important thing in his life and he would strive to be nothing but the best father that he could. There was never a doubt in my mind that he would be amazing, but nothing could actually prepare me for witnessing it first hand. We've always wanted a large family and the good Lord has blessed us with four beautiful children,  Marlee (6), Emmalynn (4), Waylen (2), Lincoln (1). Derrick is the rock and core of our family and the way he loves his children is indescribable. Our family situation has always been a unique one. There has always been one of us home with our children so they have never been in the care of a babysitter or daycare. We have worked opposite schedules to accommodate this because Derrick has always stressed the want to be with his children as much as possible. Because of this, Derrick is the primary caregiver for two weeks out of the month while I work 12 hour days at the hospital. This has allowed Derrick to become such a vital part of our children's daily lives. It is nothing to walk into our house to find Derrick and the kids laughing and wrestling. He is the Dad who has never missed a basketball or soccer game. He is the one who takes our daughter to and from school. He taught our children not only how to ride a bike but also to get back up and try again when they fall. He is the first person they run to when they open their eyes in the morning and the last one they see after he tucks them in for bed. He is the most  important thing to his children because of the love and passion that he has for them. There are no amount of words that I can write to you to truly explain how amazing a father Derrick is. The kids and I are thankful for all he does for us every single day.

Not only is Derrick an amazing father, but he is a wonderful family man. Derrick was raised by his grandparents after his mother passed away. He attributes his grandparents to being the man that he is today. Now that he is a grown man, Sundays are spent at his grandparents house visiting and working around their house. When its time for doctor's appointments, it is Derrick who takes his grandfather so he can fully understand what the doctor's are saying. It is Derrick who is the first person his grandmother calls when she is in need. This is because Derrick is the one that they rely on and will always respond when they are in need.

Derrick is not only a loving and caring family man, but also an extremely involved member of the community. Wayne County has always been Derrick's home. It is a small community in rural West Virginia filled with the most amazing people. However, it is a rather poor community that typically does not have much of a voice. After graduating from college Derrick returned to Wayne County to help his community. The first few years, he returned to the school system that he grew up in, to teach. While teaching, he helped coach the local high school football team. He was often asked why he did this, even though he wasn't compensated for it, and he always told me that if he was able to help even just one boy on or off the field, than that's all that mattered. He loved being involved and helping the children in the community because he was once that boy who needed help. What better way to give back to the community that helped raise him, than to help the youth when they need it most. From donating to help build a softball field to organizing an adoption, Derrick will stop at nothing to help his community. It is nothing find Derrick pulled over on the side of the road helping change a tire, or giving someone a ride to town because their car broke down. He loves his community and has always strived to help them in anyway possible. This is what led him to invest back into his community. Derrick started investing in real estate in 2017 and ultimately created his own business, Evans REI in 2019. He purchases old homes, rehabs them, and then rents them out to the members of his community. Further more, he often times contracts local workers in our community to ensure that the money he has invested stays within our community. He does this to not only help give back to his community, but to also help those families who otherwise would have to seek employment outside of the state.

Lastly, I'd like to help you see the kind of husband that Derrick is. Derrick has always been nothing but a supportive and encouraging husband. He is my best friend and the love of my life. He will stop at nothing to help me achieve my goals and dreams. He is full of passion and love. He anticipates not only our families needs, but also my own. After working a long 12 hour day, I come home to a clean house, freshly bathed children, and dinner on the table. On the days that I work, I only have about 45 minutes with my children before they go to bed. Derrick works tirelessly through out the day to ensure that we are able to have family dinner every night and that that small window of time, I am able to spend with my children is quality time. Derrick is also a very kind hearted man. One of his favorite things to do is what he calls "random acts of kindness". This typically involves anonymously donating money to those in need. He does this because he was once that child who people would donate to so he wouldn't have to go without. The last few years he has been extremely involved in the Wayne County Christmas Wishes, which is a group who sponsors children and adults around Christmas time. He not only sponsors upwards of 6 children himself, but ensures that each child that is on that list is sponsored.

At the end of the day, I could write an 1,000 page book about all of the positive qualities and attributes that my husband has, but I believe I have taken enough of your time. I want to thank you for taking the time to read not only my letter, but all of the letters that have been provided. When it comes to sentencing, I hope that you take all of this into consideration, especially our family situation and my children. At the end of the day, they are the most important thing in the world to us. We understand that you

have a job to do, and we will face whatever consequences you so choose. Again, I'd like to thank you for your time and God bless you sir.


Sincerely,

Melissa Evans

May 16, 2022

Honorable Judge Royce Lamberth,

I am writing this letter on behalf of my grandson Derrick Evans. Derrick has always been a devoted grandson and family member. His grandfather just celebrated his 81st birthday in February and I, his grandmother, will be 74 on May 19, 2022. Derrick comes over to visit and check on us 3-5 time a week and some weeks, every single day. Whenever his Papaw has to go to the V.A. Hospital, Derrick will always go with to assist him in getting to the hospital and even assist him to use the bathroom. When I was in the hospital for stroke like symptoms last year, Derrick was the one making sure that his Papaw had food to eat and other necessities as well as just being a companion to his papaw during this time. Derrick along with his brother and two cousins have recently built a ramp to our house for us because his Papaw has trouble using the steps due to the pain in his knees. Derrick also makes sure to bring salt to keep this ramp from freezing in the cold weather. He also helped us by purchasing a generator for us to use when our electric is out. He will come over and start the generator for us or make sure that someone is there to start the generator when he is unable to. His papaw has a pacemaker and is advised not to over exert himself. Derrick is always there for us any time we need him.

Thank you,

Myrtie Prince

To whom this may concern,

I was a former teammate of Mr. Evans in college. We we're also college roommates. I have always known his character to be very generous, considerate of others, and very trustworthy individual. I've followed Mr. Evans throughout the years on social media and have enjoyed seeing his posts and everything he's done for his community and have seen his successes. He has a huge following due to his amazing personality.

Thanks,
Neil DePugh

General Manager
Cabela's
Charleston 439
304.964.0526

To Judge Royce C Lamberth,

I've known Derrick Evans since I was in middle school. From him being one of my sister's friends in high school to him teaching my son in school. Derrick has always displayed a strong moral character. He's passionate about our community and most importantly the people in our community! He's honest, hardworking, and so brave! There's not many in our community that's brave enough to stand up for our Christian values the way he does, and we are all so lucky to have him!

Nina Carley

To Judge Royce Lamberth,

I met Derrick at the abortion clinic.  He fought so hard to save those babies.  The town was against him in every way, but he still fought for them.  That is the type of man he is. Derrick was kind, compassionate, and offered help to those mothers with dignity and respect. While the clinic and local media tried to drag his name through the mud, he continued to stand up and provide a voice for those babies. Countless mothers and babies were saved, and I know he remains in contact with several of these families.

To tell you what kind of person he is, for months the clinic workers would cuss him out, spit on him, swerve at him in their cars, call the police on him every day etc. After months of this, one of the workers went to their car to find the battery had died. Derrick grabbed his jumper cables and helped one of the very people who had been so cruel to him. I hope and pray you find an alternative as opposed to ripping this fine man away from his children. Derrick is not the type of person who belongs in prison, he belongs at home with his loving wife and four children.

Thank you
Ronna Scholl

To Judge Royce C. Lamberth,

Derrick Evans is a wonderful person. He has helped my family and myself in so many ways. I could never repay him for the things he has done for me. Derrick is the reason I have a little girl who calls me "mom". Derrick stood outside the local abortion clinic offering women another option. There were multiple women who chose life, some of which chose adoption. When this mother offered to let our family adopt, we were excited, but had no idea how to come up with all the lawyer fees involved. Derrick personally took care of those fees to make sure we could adopt Elyah.

If it wasn't for Derrick, I don't know how I would have got the money to pay for a lawyer to adopt my baby girl that he helped save from abortion. When we got laid off, Derrick called and offered us work through his real estate business doing contracting work. He personally walked us through the process of getting a business license and insurance as a general contractor. Derrick is a great landlord, and personally employees several people with good jobs. To be honest, we are all concerned with what will happen to our jobs after sentencing. We need these jobs to provide for our families as 100% of our business comes from Derrick.

Those are just a few things that Derrick has done for me and my family. Derrick is the type of person that would take the shirt off his own back to help someone. I know the things Derrick has done for us he would do for others as well. I have a lot of respect for Derrick. He has gone above and beyond to help us and people in the community.

Respectfully,

Rhonda Williamson

Williamson Transporting and Contracting LLC

To Whom It May Concern:

In considering the sentencing for my brother, Derrick Evans, I think it is important to consider the events that got us here. My brother is about to be sentenced for his actions on January 6, 2021. I ask that you consider only his actions while sentencing. Ask yourself, if every person who entered the Capitol building on that day would have acted in the same manner as Derrick, would he even be facing these charges in the first place? I want to point out that there was a plea deal offered to him in June of 2021 that was for what became to be known as the "standard" deal for nonviolent offenders. After he agreed to take the deal, which would've been a guilty plea for 1 misdemeanor, the prosecutors decided to cancel the deal and ultimately charged him with a felony.

In order to obtain this guilty plea on a felony charge, they informed him that he could face up to 25 years if found guilty. However, if he accepted this deal, they would recommend 0-6 months. For Derrick to not accept this deal would have been completely irresponsible, but accepting it doesn't mean this deal is fair deal based on his actions alone. It is easy to be on the other side of this and group him with the destruction that took place on that day. However, the reality is that he had no way of knowing what was happening on the other side of the building.

Derrick walked into that building through doors opened from the inside. He then walked around a little while until he came upon a door that police officers were holding to keep others out. When he saw what was happening, he immediately found an exit and left the building. Meanwhile, there were people on the other side of the building (where the destruction and violence occurred) who climbed through busted windows and entered nonpublic areas of the Capitol, but were able to plead out with the original deal that Derrick accepted and was then denied.

The felony alone will follow Derrick for the rest of his life. It means so much more for this to be on his record in WV than it does in a large city. Not being able to own or use a gun means he cannot use a hunting rifle or shotgun again. Hunting and recreational shooting is a large part of the culture here. Sure, he can bow hunt for a deer, but have you ever heard of someone hunting turkey or squirrel without a shotgun? He already has to live with that sentence for the rest of his life because of 10 minutes of peacefully walking around a building. I beg that you do not take him away from his family also.

While this is a big moment for Derrick's life, it is an even bigger moment for his family. I ask that you please consider his four young children. Do not make them be without their father. By the time sentencing happens, it will have been over 17 months since the events of January 6. He will have spent 17 months in a worrisome hell of thinking what might happen for his future and the impact it will have on his wife and kids. During that time, he has been asked multiple times to do interviews which he declined. He shut himself away from the world for over a year to do everything he could to improve the quality of life of his family. He just wanted to allow for the spotlight on his family to dim and allow his children to live normal lives while waiting to see what happens for his future. You have the power to case his pain. Please don't let them take him away from the children. It is time for the Evans family to be able to put this day behind them and be able to live their lives.

Respectfully,
Ryan Prince

To whom it may concern,

Hello.  My name is Samantha Stephens, and I had the privilege of working with Mr. Derrick Evans at Crum Elementary a few years ago.  Derrick was an amazing teacher and went above and beyond for the kids at that school.  He paid for items that were needed out of his own pocket, even though he was just a long-term substitute teacher, and probably didn't make a lot of money in that position.  The students loved being in his class and would get upset if he had to miss a day.  I enjoyed working with Derrick and he was always willing to lend a hand when a colleague needed help.  I believe that Derrick is a good person and a great asset to our community.

Thank You,
Samantha Stephens
Wayne County Teacher
(304) 939-0968

May 12, 2022

Honorable Judge Royce Lamberth,

Re:  Derrick Evans


I am Sandra M. Pierzchala, Grandmother to Melissa Evans.  I have known the defendant, Derrick Evans for 13 years.  When in college with Melissa at West Liberty, as well as through the eight years of their marriage.

The reason for this letter is to present to you a type of person this young man is.

Derrick has always been helpful, kind and considerate.  Not only to me but to many others.  He has been there to help his sisters and grandparents through hardships.  He is a loving husband and father of his four children.   Derrick is a motivated man, outgoing, responsible, smart, tenderhearted and a devout Christian.


Respectfully,


Sandra M. Pierzchala

Honorable Judge Royce Lamberth,

I wanted to take the opportunity to write you a letter to highlight one of the very important qualities exhibited by Derrick Evans that truly demonstrates his commitment to community.

Derrick grew up in the same community in which he currently lives and I have observed numerous times how he gives back to that same community at every opportunity he has. He has volunteered as a coach for the high school football team for a few years. Derrick was a football player in college and has always wanted to help teach and support the aspiring athletes in his community to help them achieve their dreams. During the holidays, Derrick and his family will adopt local children in the community and provide presents for them so they are able to experience the joys of a toy-filled Christmas morning. Derrick also goes above and beyond to patron and support local businesses in his community. Derrick and his wife own their own business and they recognize the importance of supporting other local businesses in order to help their community grow and prosper.

Thank you for your time and for allowing me to speak to Derrick Evans' positive character.

Sincerely,

Nicole M King

To Whom It May Concern:

My names Skyler Wolford. I'm a former resident of Wayne County, WV. I've had Derrick as a coach and best of all, a real true friend. Derrick always thinks of the public and the community first. He's always doing what's best or what he sees fit for everyone to make it a safe and more comfortable place. Derrick is the guy you can call at 3 am broke down and he will be in his way with no questions asked, I know this from personal experience. Derrick is a great and honest man. I came to Wayne County as a foster kid. Derrick went above and beyond his duties as a teacher and coach. He personally took on the responsibility of a consistent role model that I didn't have at the time. He made sure I had money for school events, dates, equipment for sports, etc. I now have a good job, a family, and I'm a good father because Derrick showed me what a man is supposed to do. I would not be where I am today if it wasn't for Derrick Evans.

Thank you,

Skyler Wolford

To whom it may concern:

I met Derrick Evans when he was campaigning for the first time. He came to my house randomly to spread his thoughts on the needs of our community and state. We had a fairly long conversation and when he left, I was impressed by his views, ethics, morals and attitude in general.

As time went on, I had the good fortune of sharing concerns and ideas with Derrick on occasion. We had friends in common, so I got to know him better over a period of a few years. The more I learned about him, the better I got to know him, the more I liked him. There came a point when he and I, along with a few other friends, were in contact on a daily basis. I was always impressed with his never-ending thoughts of improvement for all.

Derrick is the consummate neighbor and friend. He is driven to work toward making a better model of our society for now and the future. I have supported Derrick Evans in his political endeavors and would continue to do so without hesitation. I consider Derrick a trusted friend and would have nothing but favorable words or thoughts concerning him under any circumstances. If this world had more people like him it'd be a better place!

Respectfully,

Scott Sansom

Honorable Royce Lamberth,

I am Derrick Evans father-in-law. I have known Derrick for approximately 13 years. I have seen him grow from a collegiate student athlete to a loving and caring father of four small children and a respected member of his community.

Derrick is a loving husband. He treats his wife/my daughter with respect, love and humility. He is a loving, caring and compassionate father of four small children. He shares equally in their rearing. His sense of family is fierce, as I have seen him help and support his grandparents, siblings and extended family physically, emotionally and monetarily.

He treats his community like family. He is caring and compassionate and would give a stranger the shirt off his back. I've seen him firsthand pick up a meal at a restaurant for an elderly couple or a young family or even leave an extra special tip for single mother that was his waitress. I've witnessed him helping people with storm damage. He has orchestrated situations to help the less fortunate. He does this without expecting anything in return. He firmly believes in "paying it forward". He is a mentor to the young people. As a past grade school teacher and a high school football coach, he has instilled the importance of education, teamwork and goals to students.

Derrick Evans is a family man and an asset to society. Any father-in-law would be proud to have him his family.

Dr. Steven Pierzchala

Teresa Muncy
450 Summers Fork Rd
Crum, WV 25669
Feb. 18, 2022

To whom it may concern:

I am writing on behalf of Jonathan Derrick Evans.  You know him as a defendant. I know him as my very
first nephew.  As Derrick's aunt, I have known him since before he took his first breath.  I watched with
anticipation as my sister's pregnancy progressed.  I timed every contraction before she went to the
hospital, and I waited anxiously for the phone call that he had made his appearance.  The jubilation we as
a family shared at his birth, the birth of a boy into a family of all girls, cannot accurately be described.
My dad, who did not have a son of his own, now had a grandson to teach all of the essentials. Through his
example and instruction, Derrick would learn the importance of being with family, helping your
neighbors, staying true to your word, working for the things you want in life, and yes, even playing
football.

Derrick grew up as your typical Southern West Virginia boy.  He went to a small school, made good
grades, and played football.  As a football player, he received countless accolades and had several doors
open for him because of it.  He briefly played college football at the University of Charleston and later
finished his college career at West Liberty University.  After college, he had opportunities to join the
college coaching team at Virginia Tech.  While that would have been great for him, it was not best for his
family.  So, he returned to southern Wayne County with his young family to be close to his grandparents
and the rest of his extended family. After the tragic deaths of his mother in 2007 and his youngest sister in
2011, time with family was the most important to him. He wanted his children to have that same
connection to aunts, uncles, cousins, grandparents, and community that had shaped him.  Others looked at
his decision as a sacrifice, but he did not. He now, often with his children in tow, helps my dad around the
house, takes him to his appointments, makes needed repairs to the home, and just checks up on both of his
grandparents daily. That is just who he is—family first.

After returning to Wayne County, Derrick became involved in coaching, teaching, and community
revitalization.  He wanted to give back to the community he loved, and he did.  He developed
relationships and provided a positive role model to countless youth while coaching, gained insight in
education after substitute teaching, and took a hands-on approach to restoring communities through his
real estate endeavors. He often hires local people to assist in the demolition, clean up, and remodeling of
his real estate properties.  He does this to help those who need a second chance for a fresh start. He
understands how important it is to provide a feeling of accomplishment to those who often feel useless or
hopeless in impoverished communities.  He could just worry about his own growing family, but he does
not. Instead, he works to help his community, his friends, and his neighbors.

Has Derrick lived a life without mistakes?  No, but no one else has either. He is not a person who is bent
on destruction.  Instead, Derrick is, without a doubt, a young man who loves his family and works hard
for his community. Hopefully, he will be afforded the opportunity to continue making a positive impact
on the lives of others.  At his very core, he is an honest, hard-working young man who loves this country,
loves his community, and loves his family.  Thank you so much for your consideration of this heart felt
plea.  Please, I pray, show mercy upon him.


Sincerely,

Teresa Muncy

May 12, 2022

Honorable Judge Royce Lamberth,

Re:  Derrick Evans

I am Thomas Pierzchala, Grandfather of Melissa Evans, wife of Derrick Evans for the past eight years.  I have known Derrick for over twelve years ever since they met while attending West Liberty University.

Derrick is and always has been a kind and considerate young man not only to my wife and myself, but to others as well and especially to his grandparents and sisters through their many unforeseen hardships.  Above all, Derrick is a very loving husband to his wife and their four adorable children and any possible separation would be extremely catastrophic to his family and especially to their children who are so very young and are accustomed  to him always taking them places.  Derrick is an independent young man who started a small but profitable business.   He does not let "grass grow under his feet" and is very energetic and outgoing and is also a devout Christian.

Respectfully,

Thomas Pierzchala

To Whom This May Concern,

      I write this letter to express my support of Derrick Evans from Wayne County.  I have known Derrick since 2000 when we were in high school.  Since I have known him, he has always been a man of his word and strong character, and a good friend.  He has always been about helping people and doing things for his community.  Derrick could always make a friend no matter where he was or what he was doing.  He is a very genuine person and is true to his word.  Derrick has spent a lot of time doing things for his community and helping others.  We have stayed in steady contact throughout the years and I would stand by him any day to show my support.  Our community is blessed to have someone like him.


Best Regards,

Travis Cook

**Operations Manager**

To Whom It May Concern:

I am writing this letter as a testament to the character of my longtime friend and brother-in-law, Jonathan Derrick Evans. I have known Derrick since my freshman year of high school - twenty years now and have always known him to be a passionate person; he puts his entire heart into whatever project he undertakes. As a friend, this tells me he will always lend a helping hand when needed. We've seen this in the times (more than once) he and I have stopped to help strangers, whether by buying gas or giving rides. As a brother-in-law, I have seen him to be incredibly dedicated to family: he has been a wonderful father to his four children and a great uncle to my two. He stepped in as a father figure for our oldest niece and nephew when their biological fathers stepped out of the picture. He has been a positive influence on so many of our community's youth, evidenced by his time as a teacher and football coach. I have no doubt that his former students and players would speak of their appreciation and respect for Derrick.

I truly believe that Derrick wishes to improve our local area, whether that be through political involvement or private endeavors. Although our politics are not always eye to eye, I am proud to know him and to consider him family. I am thankful for the impact he has had on me, my children, and our community.

Sincerely,

Aaron Wellman

Honorable Judge Royce Lamberth,

It has come to my attention that the character of Derrick Evans may be in question. Before you make your final decision, let me first explain just exactly who Derrick Evans is.

I have had the pleasure of knowing Derrick Evans my entire life, seeing as how he is my older cousin. Growing up, Derrick was always passionate about whatever the task at hand may have been. He NEVER went into something half way. Instead, he always put his everything into whatever it was he was setting forth to do. This same passion has followed him into adulthood.

Another characteristic that comes to mind when I think of my cousin, Derrick, is determination. Whatever he has decided to do, whether it was playing sport, or helping coach community leagues, he has always had the determination to do the very best and be the very best.

Lastly, when I think of Derrick, I think of the love that he has for his family. Derrick is always someone that ANY of us can count on to be there. From making sure that our grandparents have everything they need and more, to helping raise his niece and nephew for a period of time, Derrick Evans is someone you can trust to get it done.

Judge, I ask that you take all of these into consideration before making your final decision.

Sincerely,

Chelsea Adkins

Honorable Judge Royce Lamberth,

      I am writing a letter to try to sum up how amazing of a person my role model in life is! The person I am referring to is Jonathan "Derrick" Evans. He has shown me great examples of how to show kindness, love, and affection towards people. Also, really how to make each person around feel a little extra self-worth each time he is around them! He has more drive and more passion for his life and every life in the community than anyone I have witnessed! He is the person that has made Christmas happen for kids around the community and has not once made it a "look at what I did moment" just does things with the genuine love in his heart. I could go on and on about his character but, to keep it short, he has helped make me the man and father I am today. As, so many others could also say the same!

Best Regards, Cody Salmons

To whom it my concern:

I write this letter for an old friend. I've known Derrick since both of us were little. At one time we played on the same basketball team for all-stars as the two of us grew up. We even had a few classes together in high school. Not only did we play sports and attend school together but the both of us went to Silver Creek United Baptist Church. We were part of the church's youth group, the largest youth group in the area at the time. A lot of good memories were made.

I realize Derrick was caught in the heat of the moment. Rushing into the capitol with many others as a form of peaceful protest. Without a doubt, it wasn't his shining moment in life. I can say with no doubt he was there with the greatest of intentions.

Derrick grew up in the same area as me. We both know the hardships our area has, and there are only a small number of people who desire to make an impact on the area. Derrick is one of those fine people. While he might be loud, he never shy's away from doing the right thing. His heart is big and his desire to help the people in Wayne County is like none-other.

He has lived the struggles of our people, and his passion to make a better life for us got the better of him in that moment. Granted he done zero harm to anyone, and he never would. Derrick has strong beliefs that many people keep hidden away. I never doubted him when he wanted the best for the people of our area. To this day, he still does.

Sincerely.
Curtis Copley

To Judge Royce C Lamberth:

I have known Derrick Evans for over 20 years since he was around 16 years old. I have watched him grow up into an upstanding, truthful and all around good young man. He is always ready to lend a hand in any way to help our community and is an outstanding community member.

Sincerely,

Janet Wellman

Dear Judge Royce Lamberth,

I'm not sure by the time you've went through the stack of letters that has come across your desk if you'll even read mine, but I wanted to take the time to send you my thoughts anyway. You see Judge, if you think of a stereotypical small town southern woman who loves Jesus and one man her whole life, you'll think of me.

My husband's family became my own many moons ago and the same goes for mine with him. That's where Derrick Evans ties into my story. You see, I am the youngest of three girls and always wanted a brother. Derrick is my husband's brother, and I can honestly say we are both the greater to call him part of our family.

Derrick does things with all he has. He loves with all he's got and is a wonderful husband and daddy. He's never short on jokes or conversation and he's on a truly short list of people I'd trust to watch my own son. A son who was prayed for, for six years. I'm not sure if this means anything to you or not but his name is actually Samuel from the Bible. Like I said before, my words might not ever meet your eyes or anyone else's but luckily I had a moment to express my thoughts. I'm thankful my husband has always had someone like his brother to call when he needed him, whether that be a listening ear or help moving furniture. I'm also thankful to have gained a brother all those years ago.

Thank you for your time,

Bobbi K Prince

Honorable Judge Royce Lamberth,

I'm writing this letter to show my support for Derrick Evans. I've known Derrick for the last 6 years and I only have great things to say about him. He is a wonderful guy, with a big heart and is willing to help anyone he can! Derrick is a God fearing, family man. He is one of a kind, always putting his family and friends first. I'm proud to be able to consider him not only family, but a friend.

Kindest regards, Hannah Salmons.

Dear Honorable Judge Lamberth,

I, Courtney Wellman, am writing this letter to you on behalf of my brother, Jonathan Derrick Evans. I want to bring to light the type of person my brother is and what our family would lose if he was away from us for any extended period of time.

Being the oldest of five siblings, Derrick has always shouldered the responsibilities of the family. This became especially true once our mother passed in 2007. A tragedy that could've torn our family apart actually brought us even closer together. Derrick has always expressed the importance of family to me and my siblings. As we grew closer as a family, we lost our baby sister in 2011 at the young age of 17 years.  Again, this horrific reality we found ourselves in served as a reminder to each other that we could not take our siblings for granted.

We've all had our ups and downs over the years. Derrick has remained strong, supportive and consistent in all this time. While we had a sister battling the horrible disease of addiction, he took in our niece and nephew and continues to provide for them to this day. Additionally, he shoulders most of the responsibility for looking after my elderly mamaw and papaw including yard work, remodeling, home improvement projects, etc. He does all of these things, without complaint, while also parenting his own four children. His kids are smart, kind, and energetic children who only benefit from his active participation in their lives.   The thought of my brother being absent from the lives of his children for even a small amount of time is frightening to me. We all know that children thrive best in two parent homes and even small disruptions to this family model can cause devastating effects to a child's development.

I beg for you to consider these roles my brother plays in all of our lives when you determine his sentencing.

I thank you for your time and attention to this letter and pray it finds you well.

Respectfully,

Courtney Noel Wellman

Jennifer Simms
143D Hickman Fork Rd
Thomaston, GA 30286
(706) 975-9099
Jdsimms16@gmail.com


May 17, 2022


Re: Johnathan D. Evans


To: The Honorable Royce Lamberth,

I am Mr. Evans aunt, but he is so much more to me than just a nephew.  When I was deathly sick and unable to work due to constant hospital stays, he was the man that helped get my two sons to high school sporting events and practice, helped to make sure they never went on field trips without the money needed for any extras they may need. Now I am better, and able to work and care for myself.

I now live eight hours away from my aging parents. Therefore, he has now become the person that I can call for repairs that my parents need made to their home. He is who I call when my dad needs someone to drive him to ER because he has kidney stones again or to take him to the Dr. to help my dad understand what the Dr. is telling him (dad is extremely hard of hearing.) He is the one his sister leans on to stay strong and not relapse in her addiction. To our small community he is the man that volunteers to assist in coaching our youth and give those in need a ride to practice.

I humbly ask that you kindly take this information into consideration when ruling on his sentencing. If you have further questions, or need any further information please feel free to contact me at your convenience.

Thank you,

Jennifer Simms

Judge Royce Lamberth,

My name is Justin Thompson and I have known Mr. Evans for almost 25 years. We played sports together and became friends along the way.  First and foremost, he has always been such a genuine person. He's the first one there to support the people of this area and the last one to ever give up on this area. He has been this way since we were teenagers. If there was ever a role model for our area it would be him, a good kid turned into an amazing citizen and most importantly matured into a great MAN.

Thank you,

Justin Thompson

Honorable Judge Royce C. Lamberth,

I am writing in regards of Derrick Evans. I have known Derrick for several years as I married into his incredibly wonderful family.

Derrick is one of the biggest hearted, family oriented, trustworthy & honest people I have ever had the pleasure of knowing. He is also kind, compassionate and never misses the opportunity to help others. Every time my husband has been laid off from his job, Derrick has given my husband endless work to make sure we have kept a roof over our heads. I could never thank him enough for everything he has done for my little family!

Derrick Evans is the type of person you can always count on to keep a cool head in a stressful situation, and his positive attitude is contagious. He is an incredible father to 4 beautiful babies that he is 100% active in their lives. If you see Derrick, you always see all 4 or at-least 3 of his kids with him. From soccer games, school functions, etc Derrick is always THERE. He is an outstanding individual.

I would like for you to consider this letter before passing any judgements.

Thank you
Whitley Salmons

To Judge Royce Lamberth:

Where do I begin on the amazing man that Derrick Evans is. He's an amazing husband, father, child of God, and a fighter to protect the lives of the unborn children. A huge family man, who was raised by some of the best grandparents in this world. Didn't have the best life while growing up, due to the loss of his mother. Then the loss of his baby sister, but that didn't hold him back from becoming someone. Probably pushed him further, because he wanted to make them proud. I stood many of times in Charleston by his side, to fight against abortion.

Derrick is a man of his word, regardless of what others think. If he gives you his word, he will hold on to it. I'm blessed to call him my family, I'm also proud of everything he has done! I'll stand by his side every step of the way. Those are just a few of the good things about him.

Sincerely,
Loni Jae Moore.