IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,
           Plaintiff

v.                                            CASE NO.: 21-CR-337 (RCL)

DERRICK EVANS,
           Defendant

**ORDER**

This matter came before the Court on this 14th day of June, 2022; upon the papers, pleadings and Orders formerly had and read herein; and upon the Defendant having moved the Court for the entry of an Order permitting Defendant and Counsel for Defendant to appear remotely for Defendant's sentencing hearing.

It appears to the Court that the Defendant has presented good cause. It further appears to this Court that neither party shall be prejudiced by the Defendant and Counsel for Defendant appearing remotely; it is hereby ORDERED that the Defendant's Motion shall be GRANTED.

The Clerk shall enter the foregoing as of and for the day and date written above and shall forward attested copies of this order to Paul G. Taylor, 134 West Burke Street, Martinsburg, WV 25401 and Kathryn E. Fifield, Esq., U.S. Attorney, 555 Fourth Street, NW, Washington, DC 20530.

ENTERED: 6/9/22

HONORABLE ROYCE C. LAMBERTH
U.S. DISTRICT COURT
DISTRICT OF COLUMBIA