## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.                                                    Case No. 1:21-cr-337-RCL

DERRICK EVANS,

    *Defendant.*

## ORDER

In consideration of the Application [55] for Access to the Video Exhibit, it is hereby **ORDERED** that the application is **GRANTED**.

The government is **ORDERED** to make the video exhibit referenced in the application available to the applicant within 72 hours in accordance with Standing Order No. 21-28.

It is further **ORDERED** that the applicant shall be permitted to record, copy, download, retransmit, and otherwise further publish the video exhibit.

**IT IS SO ORDERED.**

Date: December *12*, 2022

                                        Royce C. Lamberth
                                        United States District Judge